LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

SENDER
ADAM G. SINGER
EMAIL
ASINGER@ADAMSINGERLAW.COM

DIRECT DIAL
(212) 842 – 2428
FACSIMILE
(212) 658 – 9682

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2020

**VIA ECF**
Honorable Lewis J. Liman
U.S. District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

     **Re:** *Kozlowski v. Experian Information Solutions, Inc.*; 19-cv-11640-LJL
          *Letter motion by Plaintiff to adjourn initial conference (on consent)*

Dear Judge Liman:

     This firm represents Plaintiff Karen Kozlowski in the above-referenced action ("Action"). Due to a scheduling conflict, Plaintiff respectfully requests an adjournment of the Rule 16(b) initial conference in the Action, currently scheduled for 3:00 p.m. on March 11, 2020. Counsel for Defendant consents to Plaintiff's request for an adjournment, and this is the first such request by any party.

     After conferring with counsel for Defendant, Plaintiff suggests March 16-19 and March 24 as possible dates for a rescheduled initial conference if such dates are convenient for Your Honor.

     Thank you for your consideration.

The Initial Pretrial Conference is rescheduled for March 16, 2020 at 3:00 p.m.

SO ORDERED. 2/27/2020.

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

Respectfully submitted,

*/s/ Adam G. Singer*

Adam G. Singer

ROCKLAND
75 MONTEBELLO ROAD
SUFFERN, NY 10901

www.adamsingerlaw.com

WESTCHESTER
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601