UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN MARIE KOZLOWSKI,<br><br>*Plaintiff*,<br><br>-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. | Case No.: 1:2019-cv-11640 (LJL)<br><br>PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Karen Marie Kozlowski hereby respectfully requests that the within matter be dismissed with prejudice with each party to bear its own costs because the action has been resolved pursuant to a confidential settlement agreement.

Dated: January 29, 2020

LAW OFFICE OF ADAM G. SINGER, PLLC

*/s/ Adam G. Singer*
Adam G. Singer, Esq.
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165
*Attorneys for Plaintiff Karen Marie Kozlowski*

So Ordered:

_____
The Hon. Lewis J. Liman